IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                *

        vs.                                                 *        Criminal Action No. __11-569 CCB__

__Jasmine Veras-Rosario__                *
Defendant

        ******

## NOTICE OF APPEAL

Notice is hereby given that __Jasmine Veras-Rosario__ defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) order/judgment entered in this case on __June 7, 2013__.

__June 7, 2013__  
Date

_(signature: Mark J. Carroll)_  
Signature

__Mark J. Carroll__  
Name (Print or Type)

__9520 Reach Road__  
Address

__Potomac, Md. 20854__  
City/State/Zip

__301-762-6453__          __301-762-6454__  
Phone No.                          Fax No.

Notice of Appeal - Criminal (Rev. 01/2001)